IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSH HAYNES
ADC #139661                                                                    PLAINTIFF

v.                         CASE NO. 4:16-CV-00812 BSM

C. WILLIAMS, Lieutenant,
White County Detention Center, et al.                                         DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 24] submitted by United States Magistrate Judge Joe J. Volpe have been received. After considering plaintiff Josh Haynes's objections [Doc. No. 25] and making a *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Haynes's complaint is dismissed without prejudice, and it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE